UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA DONTRELL SMITH | CIVIL ACTION |
| VERSUS | NUMBER: 16-15778 |
| SHERIFF JERRY J. LARPENTER, ET AL. | SECTION "I"(5) |

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's lawsuit is dismissed for failure to state a claim under Rule 12(b)(6), Fed. R. Civ. P., and 28 U.S.C. §1915(e)(2)(B)(ii).

New Orleans, Louisiana, this 26th day of June, 2017.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE